### J. M. PULLEN v. THE STATE.

No. 16360. Delivered February 7, 1934.
Reported in 68 S. W. (2d) 181.

The opinion states the case.

*H. M. Hood,* of Borger, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—Robbery with firearms is the offense; penalty assessed at confinement in the penitentiary for twelve years.

The transcript fails to show any notice of appeal. This is essential to confer jurisdiction on the reviewing court. See article 827, C. C. P., also Shaddox v. State, 45 S. W. (2d) 980, and cases there cited.

The appeal is dismissed.

*Dismissed.*